IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

IN RE: KRISTIE WILLIAMS                                  CASE NO.: 5:20-bk-70766
DEBTOR                                                              CHAPTER 7

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES now the respondent/debtor, Kristie Williams, ("Debtor") and for her Response to the Motion for Relief from Automatic Stay [DE 15] filed on April 16, 2020 by Wilson & Associates, PLLC, as counsel for M & T Bank as servicer for Lakeview Loan Servicing, LLC, states as follows:

1. Debtor admits the allegations in paragraph 1.
2. Debtor neither admits nor denies the allegations of paragraph 2; to the extent a response is required, the allegations are denied.
3. Debtor neither admits nor denies the allegations of paragraph 3; to the extent a response is required, the allegations are denied.
4. Debtor denies the allegations of paragraph 4.
5. Debtor admits she intends to surrender the collateral; Debtor denies the balance of the allegations of paragraph 5.
6. Debtor neither admits nor denies the allegations of paragraph 6; to the extent a response is required, the allegations are denied.
7. Debtor neither admits nor denies the allegations of paragraph 7; to the extent a response is required, the allegations are denied.
8. Debtor neither admits nor denies the allegations of paragraph 8; to the extent a response is required, the allegations are denied.

WHEREFORE, Debtor respectfully requests that the Motion for Relief from Automatic Stay be denied and for all other proper relief to which Debtor may be entitled.

Respectfully submitted,
*/s/ Brandon M. Haubert*
WH Law
Attorney for Debtor
1 Riverfront Place, Suite 745
Little Rock, Arkansas 72114
Tel: (479) 250-0560
Fax: (501) 222-3027
*bk@wh.law*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on or about this 1st day of May 2020, a true and correct copy of the foregoing was served on the following via the electronic case filing system:

    Chapter 7 Trustee

    United States Trustee

    Heather Martin-Herron (AB# 2011136)
    Kathryn Lachowsky-Khan (AB# 2012039)
    Joel W. Giddens (AB# 2018203)
    WILSON & ASSOCIATES, PLLC
    400 West Capitol Avenue, Suite 1400
    Little Rock, AR 72201
    Tel: (501) 219-9388
    Attorneys for Creditor M & T Bank as
    servicer for Lakeview Loan Servicing, LLC

*/s/ Brandon M. Haubert*                                                         Date: May 1, 2020
Attorney for Debtor